UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2006 SEP 18 AM 11:43
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FAUSTO PRUDENCIO-AGUILAR (1),

        Defendant.

CASE NO. 06CR1940-GT

**JUDGMENT OF DISMISSAL**
(Rule 48, F.R.Crim.P.)

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) of: __8:1326 - Deported Alien Found in the United States.__

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: 9/12/06

                              GORDON THOMPSON, JR.
                              UNITED STATES DISTRICT JUDGE

                          ENTERED ON _____

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER 06CR1940-GT
)
vs )   ABSTRACT OF ORDER
)
)   Booking No. 84080098
)
Fausto Prudencio-Aguilar )
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __9-12-06__ the Court entered the following order:

✓ Defendant be released from custody. as to this case only.

___ Defendant placed on supervised / unsupervised probation / supervised release.

___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

___ Defendant released on $_____ bond posted.

___ Defendant appeared in Court. FINGERPRINT & RELEASE.

___ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

___ Defendant sentenced to TIME SERVED, supervised release for _____ years.

___ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:

_____ dismissing appeal filed.

___ Bench Warrant Recalled.

___ Defendant forfeited collateral.

✓ Case Dismissed.

___ Defendant to be released to Pretrial Services for electronic monitoring.

✓ Other. dft Indicted on case 06CR1985Jm.

mH/TS 10/27/06 @ 1:30

Received __[signature]__ 09/12/06
DUSM

UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR.  Clerk
by __[signature] K Ridgeway__
Deputy Clerk

Crim-9  (Rev 6-95)                                   * U.S. GPO: 1996-783-398/40151

CLERKS' COPY